Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

CENTRAL District of CALIFORNIA

EASTERN Division

Case No. _____

*(to be filled in by the Clerk's Office)*

TOPEKA TECH, INC

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)*   ☐ Yes   ☒ No

Darkring
(Ningboshiheihuanjiankangkejiyouxiangongsi)

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TOPEKA TECH, INC |
| Street Address | 2834 Hamner Ave., Ste. 451 |
| City and County | Norco, Riverside |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  | |
|---|---|
| State and Zip Code | CA 92860 |
| Telephone Number | |
| E-mail Address | |

## B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

|  | |
|---|---|
| Name | Ningboshiheihuanjiankangkejiyouxiangongsi |
| Job or Title *(if known)* | |
| Street Address | No. 201 Fenghua Road, Apartment 20-6, Ningbo City |
| City and County | Zhejiang Province |
| State and Zip Code | CHINA 315000 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

|  | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

|  | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    [X]  Federal question        [ ]  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

35 U.S.C. § 271 - Patent Infringement

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*                                                    , is a citizen of the

State of *(name)*                                              .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at                stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III.    Statement of Claim**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiff is the lawful owner of U.S. Patent No. D863,587S, titled "Handheld Body Massaging Device" issued by the United States Patent and Trademark Office on Oct. 15, 2019, and U.S. Patent No. D981,578S, titled "Handheld Body Massaging Device," issued by the United States Patent and Trademark Office on March 21, 2023.(Exhibit A)

Both Patents describe and claim the designs of a handheld massaging device. Plaintiff has invested substantial time and resources in developing, promoting, and commercializing products based on the patented invention.

Defendant has been selling products on Amazon.com that infringe on Plaintiff's Patents. The infringing products on Amazon with ASINs: B0DHXQJBN8 and B0FHFW8HNJ include ornamental features substantially similar to the claimed designs, including but not limited to the curved multi-edge scraping surfaces and overall configuration as depicted in Figures 1–7 of the asserted patents, without authorization or license from Plaintiff. (Exhibit B and Exhibit C)

Despite Plaintiff's notification of its patent rights, Defendant has continued to sell the infringing products, which has caused Plaintiff irreparable harm by diminishing its market share, reputation, and goodwill. (See Exhibit D and Exhibit E).

PATENT INFRINGEMENT (35 U.S.C. § 271)
• Defendant has directly infringed, and continues to infringe, at least one claim of the Asserted Patents by making, using, selling, offering to sell, and/or importing the infringing products into the United States without Plaintiff's authorization, in violation of 35 U.S.C. § 271(a).
• Defendant's actions have been willful, deliberate, and in disregard of Plaintiff's patent rights, making this an exceptional case under 35 U.S.C. § 285.

(Please see attachment Appendix A for Statement of Claim – Continue).

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(a) A declaration that Defendant has infringed Plaintiff's patents;
(b) A permanent injunction barring Defendant from making, using, selling, offering to sell, or importing infringing products;
(c) Authorization to serve the judgment on Amazon to facilitate removal of infringing listings;
(d) Such other relief as the Court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_____

## V.       Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be        served.  I understand that my failure to keep a current address on file with the Clerk's Office may result       in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

### B.       For Attorneys

Date of signing:       March 22, 2026         _____

| | |
|---|---|
| Signature of Attorney | /s/ Leonard Yip |
| Printed Name of Attorney | Leonard Yip |
| Bar Number | 260918 |
| Name of Law Firm | Nguyen & Yip, P.C. |
| Street Address | 20955 Pathfinder Road, Suite 100 |
| State and Zip Code | CA 91765 |
| Telephone Number | (909) 843-6522 |
| E-mail Address | leonard@asklawyers.net |

**Appendix A – Statement of Claim (Continue)**

## I. NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq., including 35 U.S.C. §§ 271.
2. Plaintiff seeks injunctive relief for Defendant's unauthorized making, using, selling, offering to sell, and/or importing into the United States products that infringe one or more claims of U.S. Patent No. D863,587S and D981,578S titled "Handheld Body Massaging Device (collectively, the "Asserted Patents").

## II. THE PARTIES

3. Plaintiff TOPEKA TECH, INC is a California Corporation, with its principal place of business at 2834 Hamner Ave., Ste. 451, Norco, Riverside 92860.
4. Upon information and belief, Defendant Darkring (Ningboshiheihuanjiankangkejiyouxiangongsi) is a foreign company, with its principal place of business at No. 201 Fenghua Road, Apartment 20-6, Ningbo City, Zhejiang Province, CHINA 315000.
5. Upon information and belief, Defendant conducts business throughout the United States, including in California and this District, and has committed acts of infringement here.

## III. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).
7. Defendant purposefully directs its activities to the United States and this District by listing and selling the accused products on Amazon.com, a platform accessible to and used by consumers in this District.
8. Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant has committed acts of infringement in this District, including the sale and offer for sale of infringing products to customers located in this District via Amazon.com.

## IV. THE ASSERTED PATENTS

9. On October 15, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No.  D863,587S, titled "Handheld Body Massaging Device," and U.S. Patent No. D981,578S titled "Handheld Body Massaging Device".
10. Plaintiff is the owner by assignment of all right, title, and interest in the Asserted Patents mentioned earlier (D863,587S and D981,578S).

11. A true and correct copy of the Asserted Patents is attached as Exhibit A.

## V. FACTUAL ALLEGATIONS

12. Defendant has made, used, sold, offered for sale, and/or imported into the United States products identified as "DARKRING Stainless Steel & Engineering Plastic Facial Massage Tool Set - Pressure Point Blaster for Tissue & Fascia, Trigger Point Massage Tool" and "DARKRING Pressure Point Massage Tool - gua sha Facial and Trigger Point Tissue Massage Tool for Fascia Relief Blaster Set" (the "Infringing Products"). Defendant's online listings enable customers in this District to purchase the accused products for delivery into this District.

13. Defendant, through its Amazon storefront(s), including but not limited to the seller account associated with ASINs B0DHXQJBN8 and B0FHFW8HNJ, offers and sells the Infringing Products to customers in the United States, including in this District.

14. The Infringing Products embody the claimed designs of the Asserted Patents.

15. A detailed claim chart identifying where each element of the claimed design is found in the accused products is attached as Exhibit C.

## COUNT I

### Direct Infringement – 35 U.S.C. § 271(a)

16. Plaintiff realleges and incorporates by reference paragraphs 1–15.

17. Defendant has directly infringed and continues to directly infringe the sole claim of U.S. Patent No. D863,587S and D981,578S, in violation of 35 U.S.C. § 271(a).

18. Defendant's acts of infringement include, but are not limited to:

- Making the Infringing Products;
- Using the Infringing Products;
- Selling and offering to sell the Infringing Products; and/or
- Importing the Infringing Products into the United States, without Plaintiff's authorization.

19. Defendant's infringement has injured Plaintiff and will continue to cause irreparable harm unless enjoined.

## VI. WILLFUL INFRINGEMENT

20. Defendant was placed on actual notice of the Asserted Patents no later than February 26, 2025, via written correspondence identifying the Asserted Patents and the infringing products. Despite such notice, Defendant continued its infringing activities without modification.

21. Defendant's continued infringement after receiving actual notice was willful, deliberate, and in reckless disregard of Plaintiff's patent rights.

22. As a result of Defendant's willful infringement, Plaintiff is entitled to enhanced damages under 35 U.S.C. § 284.