**EXHIBIT C**
**SIDE-BY-SIDE INFRINGEMENT COMPARISON**

**DARKRING INFRINGES TOPEKA TECH'S DESIGN PATENTS AND TRADE DRESS**

This Exhibit presents a side-by-side visual and feature comparison between Topeka Tech's KOA products and the accused DARKRING products, using screenshots, photographs, and product-listing materials identified by Amazon Standard Identification Number ("ASIN"). Unless otherwise noted, in the side-by-side photographs contained herein, **KOA's products are shown on the left and DARKRING's products are shown on the right.**

For each product set, the comparison focuses on the overall appearance and ornamental design to demonstrate that the accused products are substantially similar in overall visual impression to the KOA designs. Where applicable, the comparison also addresses KOA's infographic trade dress presentation to show that the accused products are likely to cause consumer confusion as to source, affiliation, or sponsorship.

# A. DARKRING "Blue Tool" infringes KOA-01 Design Patent

The side-by-side comparisons between Topeka's KOA-01 vs. DARKRING's Blue Tool are below with observations outlined below in Table A-1 – Ornamental Feature Comparison (KOA-01 vs. DARKRING Blue Tool). These similarities are readily apparent under normal purchasing conditions, including when viewed in Amazon product listings.

**KOA Product:**

- KOAPRO Original Fascia Massage Tool ("KOA-01")

- U.S. Design Patent No. **D863,587S1 (Exhibit A)**

- Sold on Amazon under ASIN **B075FXVB39**

**Infringing DARKRING Product:**

- DARKRING "Blue Tool"
- Sold on Amazon under ASINs B0DHXQJBN8 and B0FHFW8HNJ



Side view: KOA-01 D863,587S

Side view: DARKRING,  ASINS: B0DHXQJBN8 and B0FHFW8HNJ





Top View KOA-01 (Left) vs DARKRING (Right)

Front View KOA-01 (Left) vs DARKRING (Right)







Topeka Tech's KOA-01 D'587

Topeka Tech's KOA-01

DARKRING "Blue Tool"

**Table A-1 – Ornamental Feature Comparison (KOA-01 vs. DARKRING Blue Tool)**

| # | Ornamental Feature (as seen in KOA-01) | KOA-01 (Patented/Branded Product) | DARKRING Blue Tool (Accused) | Comparison / Observation |
|---|---|---|---|---|
| 1 | **Intermediate Side Fingers** extending perpendicularly downward from a central **Longitudinal Spine** | KOA-01 has multiple intermediate side fingers that extend straight down, perpendicular to the low-profile spine. | DARKRING's tools have the same perpendicular side fingers extending downward from a similar spine. | The orientation, spacing, and relationship of the side fingers to the spine are substantially the same. |
| 2 | **Low-Profile Longitudinal Spine** (wide in width, thin in height) | KOA-01 uses a long, horizontally oriented spine that is wide and flat, with a noticeably low vertical profile. | DARKRING's spine is also wide, thin, and low-profile, matching KOA-01's overall proportions. | Overall massing and proportions of the spine are substantially identical. |
| 3 | **Four Skewed End Fingers** (not perpendicular to the spine) | At each end, KOA-01 has skewed end fingers that angle relative to the spine rather than extending straight down. | DARKRING replicates the same angled/skewed end fingers at both ends of the spine. | The number, placement, and angled orientation of the end fingers are substantially the same. |
| 4 | **Two Upwardly Jutting Posts** connecting to the handle / grip | KOA-01 includes two posts rising upward from the spine, supporting the grip above the fingers. | DARKRING's tools also have two upward posts in nearly the same locations and proportions. | Vertical posts and their spacing mimic KOA-01's design. |
| 5 | **V-Pattern Grip** with wavy rubber design | KOA-01 uses a distinct wavy, V-pattern rubber grip wrapped around the handle, in a characteristic KOA blue/gray. | DARKRING copies the wavy grip pattern, including similar wave spacing, contour, and blue coloration (for the blue version). | Grip shape, texture, and color are substantially the same and immediately reminiscent of KOA-01. |

| | | | | |
|---|---|---|---|---|
| 6 | **Two Rounded End Points** | KOA-01's grip terminates in two rounded end caps that visually "finish" the handle. | DARKRING includes two rounded end points of substantially the same size and shape at the ends of its handle. | End-cap geometry is substantially identical. |
| 7 | **Top View – Side Fingers extending perpendicularly outward from the spine** | From above, KOA-01's side fingers extend straight out to the sides from the low-profile spine before curving downward. | From above, DARKRING's fingers extend in the same perpendicular fashion from a similar spine footprint. | Top-view layout, spacing, and footprint are substantially the same. |
| 8 | **Overall Color Scheme, Size, and Proportions** | KOA-01 blue and gray versions have a specific combination of blue or gray wavy grip, neutral finger color, and overall length/width ratios. | DARKRING's blue and black/gray versions mirror these colors and proportions so closely that they appear nearly interchangeable at a glance. | Overall visual impression to an ordinary observer is that they are the same product. |

**Conclusion for KOA-01 vs. DARKRING Blue Tool:**

Based on my side-by-side inspection, the DARKRING Blue Tool sold under ASINs B0DHXQJBN8 and B0FHFW8HNJ copies the key ornamental features of Topeka Tech's KOA-01 design, including the wavy rubber grip, low-profile spine, perpendicular side fingers, skewed end fingers, upward posts, and rounded end caps. In my opinion, an ordinary observer viewing these products under typical online shopping conditions would perceive the DARKRING Blue Tool as substantially the same design as the KOA-01.

The scope and distinctiveness of KOA's design patent does not rest on any single ornamental feature viewed in isolation. Rather, it is the particular combination of ornamental features, including the specific spatial relationships and proportional sizing among them, that forms KOA's distinctive and novel design. Design patent infringement is assessed based on the design as a whole and the overall visual impression it conveys to an ordinary observer familiar with the prior art.

The DARKRING Blue Tool appropriates precisely that same combination: (1) the ornamental features, (2) their specific spatial relationships, and (3) their proportional sizing. The result is a product that, to the ordinary observer, is substantially the same in overall appearance as the KOA-01. Accordingly, the DARKRING Blue Tool infringes Topeka Tech's KOA-01 design patent D863,587S1.

## B. DARKRING "Mini Tool" infringes KOA-03 Design Patent

The side-by-side comparisons between Topeka's KOA-03 vs. DARKRING's Mini Tool are below with observations outlined below in Table B-1 – Ornamental Feature Comparison (KOA-03 vs. DARKRING Mini Tool). Note that the DARKRING Mini tool is available in two different colors: white and steel; the steel color Mini Tool is used in the comparison below. These similarities are readily apparent under normal purchasing conditions, including when viewed in Amazon product listings.

**KOA Product:**

- KOAPRO Gua Sha Stainless Steel Fascia Massage Tool ("KOA-03")
- U.S. Design Patent No. **D981,578S1 (Exhibit A)**
- Sold on Amazon under ASIN **B08Z7WSWC4**

**Infringing DARKRING Product:**

- DARKRING "Mini Tool"
- Sold on Amazon under ASIN B0DHXQJBN8 (steel color) and B0FHFW8HNJ (white color)



Side View: KOA-03 D981,578S1



Side View: DARKRING ASINs B0DHXQJBN8 and B0FHFW8HNJ



Isometric View: KOA-03 D981,578S1



Isometric View: DARKRING ASINs B0DHXQJBN8 and B0FHFW8HNJ



Topeka Tech KOA-03 (Patent D981,578S1)



DARKRING "Mini Tool" (ASINs B0DHXQJBN8 and B0FHFW8HNJ)

## Table B-1 – Ornamental Feature Comparison (KOA-03 vs. DARKRING Mini Tool)

| # | Ornamental Feature (as seen in KOA-03) | KOA-03 (Patented/Branded Product) | DARKRING Mini Tool (Accused) | Comparison / Observation |
|---|---|---|---|---|
| 1 | **Intermediate Side Fingers** extending perpendicularly downward from a central spine | KOA-03 has multiple perpendicular side fingers projecting from a central longitudinal spine. | DARKRING's Mini Tool has the same perpendicular side fingers extending downward from a central bar. | Arrangement and orientation of the side fingers are substantially the same. |
| 2 | **Four Skewed End Fingers** | KOA-03 includes skewed end fingers at one or both ends that are angled relative to the spine. | DARKRING's tool also includes skewed end fingers in the same positions relative to the spine. | Number, placement, and angled orientation are substantially the same. |
| 3 | **Two Upwardly Jutting Posts** connecting to the flat handle | KOA-03 has two posts rising from the spine to support an elevated handle above the fingers. | DARKRING's tool copies the same two posts with similar height, spacing, and relation to the handle. | Post configuration is substantially identical. |
| 4 | **Low-Profile Flat Handle** (wide in width, thin in height) | KOA-03's handle is a distinctive, flat, low-profile bar that is wide but thin, spanning across the posts. | DARKRING's handle is likewise low-profile, flat, and of substantially the same length, width, and thickness. | Overall handle geometry is substantially the same. |
| 5 | **Five Bulging Ribs under the Handle** | From an isometric view, KOA-03 has five pronounced ribs or bulges under the handle crossing the spine. | DARKRING's tool replicates these bulging ribs in the same number, orientation, and relative spacing beneath the handle. | Ribbing pattern is substantially identical. |

| 6 | **Low-Profile Longitudinal Spine** | KOA-03 uses a wide, thin central spine that the fingers and posts attach to. | DARKRING's spine is also low-profile with similar width/height proportions. | Overall massing and geometry of the spine are substantially the same. |
|---|---|---|---|---|
| 7 | **Side Fingers that extend outward then curve downward to rounded tips** | In KOA-03, each side finger extends outward from the spine and then curves downward to a rounded tip, giving a "human touch finger" profile. | DARKRING's fingers extend outward and then curve downward to rounded tips in the same fashion. | Finger curvature and tip shape are substantially the same. |
| 8 | **Spine and Posts having the same width** | In KOA-03, the vertical posts and spine have the same or substantially the same width, creating a continuous visual band. | DARKRING's posts and spine are the same apparent width, creating the same continuous visual effect. | Width relationship between posts and spine is substantially identical. |

**Conclusion for KOA-03 vs. DARKRING Mini Tool :**

Based on my side-by-side inspection, the DARKRING Mini Tool sold under ASIN B0DHXQJBN8 and B0FHFW8HNJ copies the KOA-03 tool's distinctive ornamental features, including the perpendicular side fingers, skewed end fingers, low-profile spine, flat elevated handle, five ribs, and matched post/spine widths. To an ordinary observer viewing images on Amazon, the DARKRING product appears to be the same design as the KOA-03 tool. In my opinion, an ordinary observer viewing these products under typical online shopping conditions would perceive the DARKRING Mini Tool as substantially the same design as the KOA-03.

The scope and distinctiveness of KOA's design patent does not rest on any single ornamental feature viewed in isolation. Rather, it is the particular combination of ornamental features, including the specific spatial relationships and proportional sizing among them, that forms KOA's distinctive and novel design. Design patent infringement is assessed based on the design as a whole and the overall visual impression it conveys to an ordinary observer familiar with the prior art.

The DARKRING Mini Tool appropriates precisely that same combination: (1) the ornamental features, (2) their specific spatial relationships, and (3) their proportional sizing. The result is a product that, to the ordinary observer, is substantially the same in overall appearance as the KOA-03. Accordingly, the DARKRING Mini Tool infringes Topeka Tech's KOA-03 design patent D981,578S1.

## C. KOA Brand Infographic Trade Dress vs. DARKRING Infographics

In addition to copying Topeka Tech's product designs, DARKRING has also copied KOA's distinctive marketing infographics and listing presentation. These similarities are readily apparent under normal purchasing conditions, including when viewed in Amazon product listings.

| KOA Infographics: | DARKRING Infographics: |
|---|---|
| ● Used on KOA-01 and KOA-03 product listings, including ASIN **B075FXVB39**. | ● Used on DARKRING listings for ASINs B0DHXQJBN8 and B0FHFW8HNJ related infringing products. |

 

- ○ **KOA-01 Infographic**          **DARKRING Infographic**
-





○ **KOA-01 Infographic**          **DARKRING Infographic**

## Table C-1 – Trade Dress / Infographic Comparison

| # | KOA Brand Infographic Element | KOA Infographics | DARKRING Infographics | Comparison / Observation |
|---|---|---|---|---|
| 1 | **Solid Blue Rectangle Background with Adjacent Product Photo** | KOA uses a bold blue rectangular block as the primary background for text, with the product image placed immediately adjacent to (or partially overlapping) the blue area. | DARKRING uses the same solid blue rectangular background with a product photo placed in the same relative position. | Overall layout and blue-block background treatment are substantially the same. |
| 2 | **White Bold Heading Text at the Top** | KOA places a large, bold, white heading at the top of the blue rectangle to communicate the main benefit or message. | DARKRING also uses large, bold, white text at the top of a blue rectangle, with similar font weight and positioning. | Heading style and placement mimic KOA's design. |
| 3 | **Yellow-Orange Subheading Text Below the White Heading** | KOA uses a yellow-orange subheading immediately under the white heading, reinforcing the main idea. | DARKRING copies this by placing yellow-orange text directly below its own white heading. | Two-line white/ yellow-orange heading combination is substantially identical. |

| 4 | **Yellow-Orange Bullet Icons or Circles** | KOA uses yellow-orange circular bullet icons or small symbols to mark each key benefit line. | DARKRING uses yellow-orange circles/icons in the same bullet style and placement next to each line of benefit text. | Bullet icon color and style are copied. |
| --- | --- | --- | --- | --- |
| 5 | **White Text for Bullet Point Copy** | KOA uses white text for each bullet-point line against the blue background. | DARKRING uses white text for its bullet-point lines against the same style of blue background. | Overall color scheme for body text is the same. |
| 6 | **Overall Look and Feel Including Model, Poses, and Color Palette** | KOA's infographics use a light-skinned female model, similar poses, and a consistent blue, white, and yellow-orange color palette. | DARKRING's infographics use a similar female model, poses, and the same blue, white, and yellow-orange color palette. | To an ordinary consumer, the overall look and feel is that the infographics come from the same brand. |

**Conclusion for Trade Dress:**
By copying all of the above elements together: blue rectangle layout, white heading, yellow-orange subheading, yellow-orange bullet icons, white bullet text, and a nearly identical model presentation, DARKRING has created infographics that look like KOA's own listing creatives. This causes a high likelihood that consumers will believe DARKRING's listings are associated with or are the same as KOA's brand.

---

# D. Overall Conclusion

4. Based on my education, experience in product design and engineering, and personal inspection of the products and listing materials described in this Exhibit, the DARKRING Blue Tool and Mini Tool are substantially the same as the KOA-01 and KOA-03 designs protected by U.S. Design Patent Nos. D863,587S1 and D981,578S1, respectively, when viewed through the eyes of an ordinary observer.

5. DARKRING's infographics further copy KOA's distinctive trade dress, creating a strong likelihood of consumer confusion as to source, sponsorship, or affiliation. The similarities documented herein are not functional necessities; DARKRING deliberately chose to adopt Topeka Tech's KOA ornamental features, spatial relationships, and trade dress presentation.